

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

UNITED STATES OF AMERICA *ex rel.* JACK
SUTTON and DEE SUTTON,

        Plaintiffs,

vs.

THOMAS E. REYNOLDS,

        Defendant.

Case No. 05-1782-AS

ORDER OF DISMISSAL

The parties' stipulated motion to dismiss is hereby granted and this matter is dismissed with prejudice.

DATED this 19 day of November, 2007.

                                                      Hon. Donald C. Ashmanskas
                                                      U.S. Magistrate Judge